JUDGE SWAIN

07 CV 4615

BLANK ROME, LLP
Attorneys for Plaintiff
DOUBLE HAPPINESS SHIPPING COMPANY LIMITED
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAY 31 2007

DOUBLE HAPPINESS SHIPPING COMPANY LIMITED,

Plaintiff,

-against-

COSMOTRADE EXPORTS S.A.,

Defendant.

07 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff DOUBLE HAPPINESS SHIPPING COMPANY LIMITED certifies that, according to information provided to counsel by its clients, DOUBLE HAPPINESS SHIPPING COMPANY LIMITED is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: New York, New York
May 31, 2007

BLANK ROME, LLP
Attorneys for Plaintiff
DOUBLE HAPPINESS SHIPPING COMPANY LIMITED

By ____________________
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

311817.1
900200.00001/6545928v.1