**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      Elaine Bonowitz, being duly sworn deposes and says that she is over the age of eighteen (18) years and is not a party to this action; that on the 19th day of September 2007, she served the within **LETTER TO HONORABLE LAURA T. SWAIN, SO ORDERED ON 9/18/07** by facsimile and email to the following:

Cosmotrade Exports S.A.
Fax: 011 +30 210 4534177
Email: operation@cosmotrans.gr

                                                              Elaine Bonowitz

Sworn to before me this
19th day of September, 2007

_____
Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov. 30, 2009

253120.1
900200.00001/6489124v.1

# BLANK ROME LLP
COUNSELORS AT LAW

Phone:  (212) 885-5270
Fax:    (917) 332-3795
Email:  TBelknap@BlankRome.com

September 18, 2007

**BY FACSIMILE (212) 805-0436**

Honorable Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: Double Happiness Shipping Company Limited v. Cosmotrade Exports S.A., 07 cv 4616 (LTS)
Our Ref.: 127573-00601

Dear Judge Swain:

We represent Double Happiness Shipping Company Limited in the referenced action. We write to request an adjournment of the pre-trial conference scheduled in this matter for September 21, 2007 at 3:00 p.m.

This is a maritime attachment action filed pursuant to Rule B of the Supplemental Admiralty Rules to the Federal Rules of Civil Procedure. The action seeks attachment of property up to the value of $238,356.26 against defendant Cosmotrade Exports S.A. It was commenced on May 31, 2007, and on July 16, 2007 this Court entered an amended Order directing the Clerk to issue process of maritime attachment and garnishment. A Writ of Attachment was issued by the Clerk, and pursuant thereto, a total of $47,239.38 has to date been attached at J.P. Morgan Chase. By notices dated July 24, 2007 and August 2, 2007, the undersigned provided written notice of the attachment by email and facsimile in accordance with Local Admiralty Rule B.2. Copies of those notices are attached. To date defendant has not responded in respect of the attachments.

In view of the foregoing, plaintiff respectfully submits that there is no need for a pre-trial conference at this time. If defendant elects to contest the attachment, it may request a "prompt

127573.00601/6575539v.1

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong


**BLANK ROME**
COUNSELORS AT LAW

Honorable Laura T. Swain
September 18, 2007
Page 2

hearing" pursuant to Supplemental Admiralty Rule E(4)(f) and, aside from that issue, no additional litigation is anticipated to be required at this time because the merits of the dispute are subject to London arbitration. For the sake of good order, a copy of this letter is being sent to defendant by email and facsimile.

For the foregoing reasons, plaintiff respectfully requests that this Friday's conference be adjourned. Please feel free to contact the undersigned if you have any questions or require any additional information.

Very truly yours,

Thomas H. Belknap, Jr.

THB:eb
Enclosures

cc: (VIA EMAIL & FACSIMILE)
Cosmotrade Exports S.A.

The conference is adjourned sine die and the case is placed on the suspense calendar. As of January 2, 2008 and each July 1 and January 2 thereafter, plaintiff shall make a written report to the Court as to the status of the arbitration proceeding and as to whether this case should be maintained on the suspense calendar, restored to the active calendar, or dismissed.

SO ORDERED.

9/18/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

127573.00801/6575639v.1