584-07/PJG
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY 10005
(ph) (212) 425-1900
(fx) (212) 425-1901
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOUBLE HAPPINESS SHIPPING COMPANY LIMITED,<br><br>                    Plaintiff<br>    -versus-<br><br>COSMOTRADE EXPORTS S.A.,<br><br>                    Defendant | 07-cv-4615 (LTS)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Freehill Hogan & Mahar LLP, hereby enters an appearance on behalf of the Defendant reserving all defenses available to it.

FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendant

By: _____
Peter J. Gutowski (PG 2200)
80 Pine Street
New York, NY 10005
(212) 425-1900

TO:   Blank Rome LLP
      Attorneys for Plaintiff
      Attention: Thomas H. Belknap, Jr.

NYDOCS1/295047.1