JAN 18 2008
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUBLE HAPPINESS SHIPPING COMPANY LIMITED
           Plaintiff,

-V-

COSMOTRADE EXPORTS S.A.
           Defendants,

**CERTIFICATE OF MAILING**

07 CV 4615 (LTS)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17TH day of January, 2008**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**31st day of May, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7983 5408 1320**

_____
CLERK

Dated: New York, NY

```
From:  Origin ID: JHCA  (212) 885-5000              Ship Date: 17JAN08
       KARL REDA                                    ActWgt: 0.5 LB
       Blank Rome LLP                               System#: 9212743/WBUS0200
       The Chrysler Building                        Account#: S ********
       405 Lexington Ave
       New York, NY 10174                           REF: 127573.00601
       UNITED STATES                                DESC-1: Documents
                                                    DESC-2:
                                                    DESC-3:
SHIP TO: 2128855466          BILL SENDER            DESC-4:
                                                    EEI: NO EEI 30.37(a)
       Cosmotrade                                   COUNTRY MFG: US
       Exports, S.A.                                CARRIAGE VALUE: .00 USD
       Trident Chambers                             CUSTOMS VALUE: USD
       Wickhams Cay                                 T/C: S 019113574      D/T: S
                                                    SIGN: KARL REDA
       RoadTown,                                    EIN/VAT:
       TL
                                                    TRK# 7983 5408 1320    IP ENVELOPE
                                                    0430
```

07 CIV 4615 (JS)





-TL
07CIV461

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

---

PLEASE FOLD THIS IN HALF - for use as the Shipping Label on the package.

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://psship.blankrome.com/index.php                                    1/17/2008