LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

April 4, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 4 2008

Our Ref: 584-07/PJG

<u>Via Fax – 212 805-0426</u>

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re: Double Happiness Shipping Company Limited
v. Cosmotrade Exports S.A.
07 CV 4615 (LTS)

Dear Judge Swain:

We represent the Defendant in the captioned action and write, further to our letter earlier this week, to provide the Court with the following motion schedule for the completion of our client's application for countersecurity:

Plaintiff's opposition papers due April 17, 2008.

Defendant's reply papers due April 25, 2008

For Your Honor's guidance, the parties will continue to try to resolve the matter on an amicable basis in the interim, but to the extent that does not occur, and provided the Court has no objection, we will proceed to finalize the motion on the above schedule.

NYDOCS1/302030.1

April 4, 2008
Page 2

     We are grateful to Your Honor for your attention to the foregoing and hope this meets with your approval.

                                 Respectfully submitted,
                                 FREEHILL HOGAN & MAHAR LLP

                                 Peter J. Gutowski

PJG:mjg

cc:   *Via Email* - tbelknap@BlankRome.com
       Blank Rome LLP
       Attn: Thomas H. Belknap, Jr., Esq.

> The matter is restored to the active docket and the proposed briefing schedule is approved.

                                 SO ORDERED.

                                 4/4/08
                                 LAURA TAYLOR SWAIN
                                 UNITED STATES DISTRICT JUDGE