



Phone: (212) 885-5270
Fax: (917) 332-3795
Email: TBelknap@BlankRome.com

April 16, 2008

**MEMO ENDORSED**

**BY FACSIMILE (212) 805-0426**

Honorable Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Double Happiness Shipping Company Limited v.
            Cosmotrade Exports S.A.
            ~~07 Civ. 4616 (LTS)~~ 07 civ 4615
            Our Ref.: 127573-00601

Dear Judge Swain:

      We represent Plaintiff Double Happiness Shipping Company Limited in the above-referenced action. We write jointly on behalf of Plaintiff and the Defendant in this matter to respectfully request a further adjournment of the briefing schedule for Defendant's Motion for Countersecurity in this matter.

      Briefly, Defendant moved for an Order directing Plaintiff to post countersecurity for its counterclaims in the London arbitration in respect of which this Rule B attachment action was originally commenced. Under the present briefing schedule, Plaintiff's opposition papers are due tomorrow, April 17, 2008, and Defendant's reply papers are due April 25, 2008. As we previously have advised the Court, however, the parties have been working diligently to reach an amicable resolution of the issues in this matter. We are advised by our London counterparts that there is now an agreement in principal, subject to resolution of certain details. Assuming terms can be agreed, the present motion would be mooted and, indeed, it may be that the entire action could be dismissed.

      In order to give the parties additional time to resolve this matter amicably, and to avoid wasting the resources of the parties and the Court, the parties jointly respectfully request that the briefing schedule be adjourned for an additional two weeks to give the parties adequate time to

The Chrysler Building 405 Lexington Avenue New York, NY 10174-0208
www.BlankRome.com

127573.00601/6632413v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong



Honorable Laura T. Swain
April 16, 2008
Page 2

finalize their agreement, if possible. Specifically, we respectfully request that Plaintiff's deadline to respond to the motion be adjourned to May 1, 2008 and Defendant's reply deadline be adjourned to May 15, 2008.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

Thomas H. Belknap, Jr.

THB:aea

cc: Via E-mail
Peter J. Gutowski, Esq.
Freehill Hogan & Mahar LLP

The request is granted.

SO ORDERED.

4/16/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

127573.00601/6832413v.1