GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*‡
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
‡ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

May 16, 2008



Our Ref: 584-07/PJG

*Via Fax – 212 805-0426*

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re: Double Happiness Shipping Company Limited
v. Cosmotrade Exports S.A.
07 CV 4615 (LTS)
-----------------------------------------------------------

Dear Judge Swain:

We represent the Defendant in the captioned action and write with respect to our pending motion for an Order directing the Plaintiff to post counter security.

In the Plaintiff's opposition papers filed earlier this month, the Plaintiff confirmed that it has no substantive objection to the application, but requested that the application be held in abeyance until the end of this month, as the parties were still endeavoring to reach a final agreement on the wording for voluntary counter security. To the extent the Plaintiff accurately describes the situation, the Defendants have no objection to this request and would therefore ask that the Court hold the motion over until the end of the month to see if the parties can in fact work out a final deal which would obviate the need for the Court to deal with the application.

NYDOCS1/304871.1

May 16, 2008
Page 2

Should that effort fail, however, we will revert to the Court during the first week in June to so advise the Court of the status and to request that an order be entered should one be necessary.

We thank the Court for its attention to the foregoing and provided this meets with the Court's approval, we will revert during the first week of June as to the status if the matter is not resolved by then.

                         Respectfully submitted,
                         FREEHILL HOGAN & MAHAR LLP

                         Peter J. Gutowski

PJG:mjg

cc:   *Via Email* - tbelknap@BlankRome.com
      Blank Rome LLP
      Attn:   Thomas H. Belknap, Jr., Esq.

*The Court will await further word from the parties as outlined above.*

                         SO ORDERED.

                         5/16/08
                         LAURA TAYLOR SWAIN
                         UNITED STATES DISTRICT JUDGE

NYDOCS1/304871.1

            FREEHILL, HOGAN & MAHAR LLP