Swain, 5.

BLANK ROME, LLP
Attorneys for Plaintiff
DOUBLE HAPPINESS SHIPPING COMPANY LIMITED
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 3 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLE HAPPINESS SHIPPING
COMPANY LIMITED,

        Plaintiff,

-against-

COSMOTRADE EXPORTS S.A.,

        Defendant.

07 Civ. 4615 (LTS)

**STIPULATION AND
ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel of record, that this action is discontinued as to all parties without prejudice and without costs as to any party; and

IT IS FURTHER STIPULATED AND AGREED that the Process of Maritime Attachment and Garnishment issuing in this action is hereby vacated and withdrawn and any funds or assets that were attached or restrained pursuant to subject attachment are released and shall be remitted pursuant to the instructions to be issued to the garnishee(s) by counsel for the defendant herein.

Dated: New York, New York
      June 19, 2008

127573.00601/6647351v.1
NYDOCS1/306989.1

| | |
|---|---|
| BLANK ROME, LLP<br>Attorneys For Plaintiffs<br>DOUBLE HAPPINESS SHIPPING<br>COMPANY LIMITED<br><br>By: _____<br>Thomas H. Belknap, Jr. (TB-3188)<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174-0208<br>(212) 885-5000<br>tbelknap@blankrome.com | FREEHILL HOGAN & MAHAR, LLP<br>Attorneys For Defendant<br>COSMOTRADE EXPORTS S.A.<br><br>By: _____<br>Peter J. Gutowksi (PG-2200)<br>80 Pine Street<br>New York, NY 10005<br>(212) 381-1900<br>gutowski@freehill.com |

The Clerk of Court is requested to terminate all pending motions and close this case.

SO ORDERED: _____

_____ 6/20/2008
U.S.D.J.